UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MAGALLANES,<br><br>             Plaintiff,<br><br>    v.<br><br>N. SANCHEZ,<br><br>             Defendant. | Case No. 1:24-cv-01095-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br>OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court will direct the Clerk of Court to send Plaintiff the standard application to proceed *in forma pauperis*.

Additionally, the Court notes that Plaintiff's complaint is presented on blank paper and is not filed under oath. The Court will direct the Clerk of Court to send Plaintiff the Court's standard amended civil rights complaint form. The use of this standard form is helpful to a prisoner in presenting the necessary information for his complaint to be reviewed by this Court and Plaintiff is encouraged to use it to file an amended complaint so that his claims are clearly presented.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court shall send Plaintiff the standard form application to proceed *in forma pauperis* and the standard amended civil rights complaint form.

1

2.  Within thirty days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

3.  Additionally, Plaintiff is encouraged to file an amended complaint using the enclosed form within thirty days. If Plaintiff fails to file an amended complaint, the Court will assume that he wishes to proceed on his current complaint, which may be subject to dismissal.

IT IS SO ORDERED.

Dated:  **September 17, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE