UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MAGALLANES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. SANCHEZ,<br><br>　　　　Defendant. | Case No. 1:24-cv-01095-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 17) |

　　　　Gabriel Magallanes is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on September 16, 2024.  Docs. 1, 12.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that this case be dismissed without leave to amend.  Doc. 17.  Specifically, the magistrate judge found that (1) plaintiff failed to state a claim with respect to the alleged false RVR for sexual misconduct; and (2) plaintiff's new and unrelated claims were improperly joined and failed to comply with Federal Rule of Civil Procedure 8.  *Id.* at 7, 11.  The findings and recommendations contained notice that any objections were to be filed within thirty days of service.  *Id.* at 12.  On April 16, 2025, plaintiff filed objections to the dismissal of his case.  Doc. 18.

　　　　In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  In his objections, plaintiff indicates that he would like to re-file because he has been moved from prison to prison and attaches various grievances in support of his filing.  *Id.*

1

However, plaintiff does not meaningfully challenge the magistrate judge's findings or identify any error in the reasoning of the findings and recommendations. Many of the grievances are unrelated to the alleged incident with Nurse Sanchez. *See id*. Although plaintiff attaches some grievances that appear to relate to the incident with Nurse Sanchez, the grievances fail to support a claim that plaintiff's procedural due process rights were violated in connection with the Rules Violation Report ("RVR") filed against him. As the magistrate judge noted, plaintiff may bring unrelated claims/allegations in separate lawsuits. *Id.* at 10.

Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 17, 2025, Doc. 17, are adopted in full;
2. Plaintiff's due process claim related to the RVR for sexual misconduct related to the incident with Nurse Sanchez is dismissed with prejudice for failure to state a claim;
3. All other claims and defendants are dismissed without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  May 14, 2025

_____
UNITED STATES DISTRICT JUDGE

2